AO 450

# United States District Court

## Northern District of Indiana

WILLIAM DAVISON
        Petitioner

                                      JUDGMENT IN A CIVIL CASE

        v.

                                      **Case No. 2:07cv48**
                                     **(arising from 2:02cr44)**

UNITED STATES OF AMERICA
        Respondent

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that Davison's motion pursuant to 2255 is DENIED. The associated civil case is DISMISSED.

                                                                 Stephen R. Ludwig, Clerk

                                                                    /s/ RMNagy
                                                          By_____
                                                          Deputy Clerk

**Post Judgment Interest Rate**: n/a

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **February 13, 2008**.